UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>                v.<br><br>UNITED STATES GENERAL SERVICES ADMINISTRATION, an agency of the United States of America,<br><br>                Defendant. | Case No. 2:21-cv-00794-RSL<br><br>STIPULATED MOTION |

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to the following:

1. This Court previously issued a Case Management Order, Dkt. # 10, in the above-captioned lawsuit brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, setting certain summary judgment deadlines, and providing that "[t]he parties may, however, file dispositive motions before the deadlines set in this order, in which case they shall be noted for consideration as specified in the Local Civil Rules." Dkt. # 10 at 2.

2. Plaintiff filed a Motion for Summary Judgment, Dkt. # 11, before the deadline set in the Court's Case Management Order to which Defendant filed an Opposition, and which is now fully briefed and pending this Court's ruling.

STIPULATED MOTION
2:21-cv-00794-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. At this time, the parties agree and jointly stipulate that this Court's ruling on the pending Summary Judgment Motion is likely to impact how this case moves forward and any potential future motions practice. Therefore, the parties jointly request that any further summary judgment briefing deadlines be extended until after this Court rules on the pending motion. Following this Court's ruling, the parties propose to meet and confer on any future briefing schedule, as necessary.

4. Based on the good cause identified above, and in order to try to conserve judicial resources, the parties agree and stipulate that there is good cause to extend the current summary judgment deadlines set forth in the Case Management Order, Dkt. # 10.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 29th day of November, 2021.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Phone:  206-553-4358<br>Fax:  206-553-4067<br>Email:  katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendant* | *s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>BRIAN H. ROWE, WSBA #56817<br>NATHAN BAYS, WSBA # 43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)-464-7744<br>Lauryn.Fraas@atg.wa.gov<br>NathanBays@atg.wa.gov<br>Brian.Rowe@atg.wa.gov<br><br>*Attorneys for Plaintiff* |

STIPULATED MOTION
2:21-cv-00794-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**. Within 14 days of the Court's ruling on the pending motion for summary judgment, the parties shall file a joint status report indicating whether additional motions practice is necessary and proposing a briefing schedule.

Dated this 30th day of November, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION
2:21-cv-00794-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970