UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff(s),<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>        Defendant(s). | CASE NO. 2:21-cv-00564-TL<br><br>MINUTE ORDER CONSOLIDATING PROCEEDINGS AND ADOPTING DISPOSITIVE MOTION BRIEFING SCHEDULE |
| STATE OF WASHINGTON,<br><br>        Plaintiff(s),<br><br>    v.<br><br>UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>        Defendant(s). | CASE NO. 2:21-CV-00565-TL |

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff(s),<br><br>v.<br><br>PUBLIC BUILDINGS REFORM BOARD,<br><br>Defendant(s). | CASE NO. 2:21-CV-00566-TL |
| STATE OF WASHINGTON,<br><br>Plaintiff(s),<br><br>v.<br><br>US GENERAL SERVICES<br>ADMINISTRATION,<br><br>Defendant(s). | CASE NO. 2:21-CV-00794-TL |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) As stipulated by the Parties,[1] and to conserve time and resources, the Court ORDERS that all further proceedings in *State of Washington v. Office of Management and Budget*, No. 2:21-cv-00564-TL; *State of Washington v. U.S. National Archives and Records Administration*, No. 2:21-cv-00565-TL; *State of Washington v. Public Buildings Reform Board*, No. 2:21-cv-00566-TL; and *State of Washington v. U.S. General Services Administration*, No. 2:21-cv-00794-TL, will be heard on a consolidated basis. *See* Fed. R. Civ. Proc. 42, LCR 42. All future filings in these cases

---

[1] *See State of Washington v. Office of Management and Budget*, No. 2:21-cv-00564-TL, Dkt. No. 38; *State of Washington v. U.S. National Archives and Records Administration*, No. 2:21-cv-00565-TL, Dkt. No. 33; *State of Washington v. Public Buildings Reform Board*, No. 2:21-cv-00566-TL, Dkt. No. 34; and *State of Washington v. U.S. General Services Administration*, No. 2:21-cv-00794-TL, Dkt. No. 35.

shall bear a consolidated case caption as demonstrated above, shall be filed electronically in each of the four cases, and must indicate whether the filing applies to all cases or specify the applicable cases.

(2) The Court adopts the Parties' proposed consolidated dispositive motion briefing schedule as follows:

(a) Defendants shall file a consolidated dispositive motion by **no later than August 29, 2022**. The Defendants' consolidated motion shall not exceed **40 pages**.

(b) Plaintiff shall file a consolidated response in opposition and dispositive cross-motion, not to exceed **40 pages**, by **no later than September 19, 2022**.

(c) Defendants shall file a consolidated reply in support of their motion and response in opposition to Plaintiff's cross-motion, not to exceed **40 pages**, by **no later than October 10, 2022**.

(d) Plaintiff shall file a reply in support of its cross-motion, not to exceed **20 pages**, by **no later than October 21, 2022**.

(3) The above deadlines and page limits may only be amended by order of the Court.

(4) The Clerk is directed to file a copy of this Minute Order in Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, and 2:21-cv-00794-TL.

Dated this 6th day of July 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk