1

The Honorable Tana Lin

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>  Defendant. | Case No. 2:21-cv-00564-TL<br><br>STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE<br><br>**Noted on Motion Calendar:**<br>**September 19, 2022** |
| STATE OF WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES NATIONAL ARCHIVES ANDRECORDS ADMINSTRATION,<br><br>  Defendant. | Case No. 2:21-cv-00565-TL |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

| | |
|---|---|
| STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE<br>Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 1 | **UNITED STATES ATTORNEY**<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>206-553-7970 |

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC BUILDINGS REFORM BOARD,<br><br>Defendant. | Case No. 2:21-cv-00566-TL |
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. GENERAL SERVICES ADMINISTRATION,<br><br>Defendant. | Case No. 2:21-cv-00794-TL |

## JOINT STIPULATION

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following dispositive motion deadlines as set forth in the Court's August 19, 2022 Order (Dkt. 36) by 45 days:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendants' Consolidated Dispositive Motion | September 28, 2022 | November 10, 2022 |
| Plaintiff's Consolidated Response in Opposition and Dispositive Cross-Motion | October 19, 2022 | December 2, 2022 |
| Defendants' Consolidated Reply in Support of Their Motion and Response in Opposition to Plaintiff's Cross-Motion | November 9, 2022 | December 22, 2022 |
| Plaintiff's Reply in Support of its Cross-Motion | November 21, 2022 | January 5, 2023 |

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 19th day of September, 2022.

      ROBERT W. FERGUSON
      Attorney General

      *s/ Brian H. Rowe*
      BRIAN H. ROWE, WSBA #56817
      LAURYN K. FRAAS, WSBA #53238
      Assistant Attorneys General
      Office of the Attorney General
      800 Fifth Avenue, Suite 2000
      Seattle, Washington 98104
      Phone: (206) 464-7744
      Email: Brian.Rowe@atg.wa.gov
      Email: Lauryn.Fraas@atg.wa.gov

      *Attorneys for Plaintiff State of Washington*

**SO STIPULATED**.

Dated this 19th day of September, 2022.

      NICHOLAS W. BROWN
      United States Attorney

      *s/ Nickolas Bohl*
      NICKOLAS BOHL, WSBA #48978
      KATIE D. FAIRCHILD, WSBA #47712
      Assistant United States Attorneys
      United States Attorney's Office
      700 Stewart Street, Suite 5220
      Seattle, Washington 98101-1271
      Phone: 206-553-7970
      Fax: 206-553-4067
      Email: nickolas.bohl@usdoj.gov
      Email: katie.fairchild@usdoj.gov

      *Attorneys for Defendants*

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

**IT IS SO ORDERED.**

DATED this 20th day of September 2022.

                                                    _____
                                                    Tana Lin
                                                    United States District Judge

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970