The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>                    Defendant. | Case No. 2:21-cv-00564-TL<br><br>STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE<br><br>**Noted on Motion Calendar:<br>November 4, 2022** |
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES NATIONAL ARCHIVES ANDRECORDS ADMINSTRATION,<br><br>                    Defendant. | Case No. 2:21-cv-00565-TL |

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC BUILDINGS REFORM BOARD,<br><br>Defendant. | Case No. 2:21-cv-00566-TL |
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. GENERAL SERVICES ADMINISTRATION,<br><br>Defendant. | Case No. 2:21-cv-00794-TL |

## JOINT STIPULATION

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following dispositive motion deadlines as set forth in the Court's August 19, 2022 Order (Dkt. 36) by 60 days:

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendants' Consolidated Dispositive Motion | November 10, 2022 | January 9, 2023 |
| Plaintiff's Consolidated Response in Opposition and Dispositive Cross-Motion | December 2, 2022 | February 6, 2023 |
| Defendants' Consolidated Reply in Support of Their Motion and Response in Opposition to Plaintiff's Cross-Motion | December 22, 2022 | February 27, 2023 |
| Plaintiff's Reply in Support of its Cross-Motion | January 5, 2023 | March 10, 2023 |

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 4th day of November, 2022.

        ROBERT W. FERGUSON
        Attorney General

        *s/ Brian H. Rowe*
        BRIAN H. ROWE, WSBA #56817
        LAURYN K. FRAAS, WSBA #53238
        Assistant Attorneys General
        Office of the Attorney General
        800 Fifth Avenue, Suite 2000
        Seattle, Washington 98104
        Phone: (206) 464-7744
        Email: Brian.Rowe@atg.wa.gov
        Email: Lauryn.Fraas@atg.wa.gov

        *Attorneys for Plaintiff State of Washington*

**SO STIPULATED**.

Dated this 4th day of November, 2022.

        NICHOLAS W. BROWN
        United States Attorney

        *s/ Nickolas Bohl*
        NICKOLAS BOHL, WSBA #48978
        KATIE D. FAIRCHILD, WSBA #47712
        Assistant United States Attorneys
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Fax: 206-553-4067
        Email: nickolas.bohl@usdoj.gov
        Email: katie.fairchild@usdoj.gov

        *Attorneys for Defendants*

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

**IT IS SO ORDERED.**

DATED this 4th day of November 2022.

_(signature)_

Tana Lin
United States District Judge

STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE BRIEFING SCHEDULE
Case Nos. 2:21-cv-00564-TL, 2:21-cv-00565-TL, 2:21-cv-00566-TL, 2:21-cv-00794-TL - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970